U.S.

v.

**Frank A. DELLACAMERA III**

No. 17-0511/MC

U.S. Court of Appeals for
the Armed Forces.

August 31, 2017

CCA 201600230

DAILY JOURNAL

Petitions for Grant of Review Denied

U.S.

v.

**Robier RAMON**

No. 17-0516/AR

U.S. Court of Appeals for
the Armed Forces.

August 31, 2017

CCA 20150564

DAILY JOURNAL

Petitions for Grant of Review Denied

U.S.

v.

**Brandon M. HARDEE**

No. 17-0443/AF

U.S. Court of Appeals for
the Armed Forces.

August 31, 2017

CCA S32360

DAILY JOURNAL

Petitions for Grant of Review—
Summary Dispositions

On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, we note that in affirming the sentence, the Court of Criminal Appeals stated that Appellant's approved sentence included a "forfeiture of $1301.00 pay per month for six months," when in fact the sentence included a forfeiture of $1031.00 pay per month for six months. Accordingly, it is ordered that said petition is hereby granted and the decision of the United States Air Force Court of Criminal Appeals is affirmed as to findings and to only so much of the sentence as provides for confinement for six months, forfeiture of $1031.00 pay per month for six months, reduction to E-1, and a bad-conduct discharge.

U.S.

v.

**Benjamin D. LUNA**

No. 17-0495/MC

U.S. Court of Appeals for
the Armed Forces.

August 31, 2017

CCA 201500423

DAILY JOURNAL

Orders Granting Petition for Review

On consideration of the petition for grant of review of the decision of the United States

Navy-Marine Corps Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

WHETHER THE NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS ERRONEOUSLY APPLIED THE STANDARD FOR ASSESSING PREJUDICE AFTER FINDING CONSTITUTIONAL ERROR BASED ON UNITED STATES v. FULLS, 75 M.J. 350 (C.A.A.F. 2016).

No briefs will be filed under Rule 25.

U.S.

v.

**Roberto J. MADRIGAL**

**No. 17-0577/AR**

U.S. Court of Appeals for the Armed Forces.

August 31, 2017

CCA 20160683

DAILY JOURNAL
Petitions for Grant of Review Filed

U.S.

v.

**Mark A. LEVRIE**

**No. 17-0496/MC**

U.S. Court of Appeals for the Armed Forces.

August 31, 2017

CCA 201500375

DAILY JOURNAL
Petitions for Grant of Review Denied

